HOWARD L. CHURCHILL [SBN 79872]
LAW OFFICES OF HOWARD L. CHURCHILL
1300 WEST STREET, SUITE E
REDDING, CA 96001
530-338-5020


Attorney for Plaintiff, Dawn Bianco

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S M-B A MINOR, by and Through his Guardian Ad Litem DAWN BIANCO individually and as successor in interest to the estate of STEVEN MOTLEY,<br><br>     Plaintiff,<br><br>       vs.<br><br>CITY OF REDDING, a municipal corporation;<br>ROBERT F. PAOLETTI;<br>JARED HEBERT;<br>WES TOWNSLEY;<br>BRANDON LARGENT;<br>BECKY ZUFFAL;<br>CHRIS JACOBY;<br>and DOES 1-25 INCLUSIVE<br><br>     Defendants. | NO.  14-cv-01736-TLN-CMK<br><br>**ORDER ON APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

    The court having considered the application of DAWN BIANCO for appointment as Guardian ad litem for minor S M-B in the above entitled case, and,

GOOD CAUSE APPEARING, it is hereby ordered that DAWN BIANCO is appointed Guardian ad litem for S M-B, the minor identified above. The Guardian ad litem will be allowed reasonable fees for services to be taxed as costs.

Dated: July 31, 2014

Troy L. Nunley
United States District Judge