1  Paul Q. Goyette, Esq. SBN 137250
   Sean D. O'Dowd, Esq. SBN 296320
2  GOYETTE & ASSOCIATES, INC.
   A Professional Law Corporation
3  2366 Gold Meadow Way, Suite 200
   Gold River, CA 95670
4  Tel: (916) 851-1900
   Fax: (916) 851-1995
5  Email:  goyettep@goyette-assoc.com

6  Attorneys for Defendants, Townsley,
   Largent, Zufall, and Jacoby
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 | S M-B, a minor, by and Through his Guardian Ad Litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY, | **CASE NO.: 2:14-CV-01736-MCE-AC**
11 | | **CASE NO.: 2:14-CV-00767-MCE-AC**
12 | |
13 | Plaintiff, v. | **STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES**
14 | |
15 | CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY; and DOES 1-25, inclusive, |
16 | |
17 | |
18 | Defendants. |
19 | _____ |
20 | L.M. by and through her guardian ad litem ASHLEY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, |
21 | |
22 | |
23 | Plaintiff, v. |
24 | CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive, |
25 | |
26 | |
27 | |
28 | Defendants. |

- 1 -

STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES

1  Plaintiffs S M-B, a minor, by and Through his Guardian Ad Litem DAWN BIANCO,
2  individually and as successor in interest to the estate of STEVEN MOTLEY ("S M-B") and
3  defendants CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED
4  HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY
5  (hereinafter referred to as the "S M-B, et al. v. CITY OF REDDING, et al.") hereby submit the
6  following Stipulation to Consolidate Related Cases:
7  WHEREAS, L.M. by and through her guardian ad litem ASHLEY MCCAIN,
8  individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL
9  ADAMS, individually, previously filed an action in this district against CITY OF REDDING,
10 CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES
11 TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL,
12 CORPORAL CHRIS JACOBY (hereinafter referred to as the "L.M., et al. v. CITY OF
13 REDDING, et al."), E.D. Cal. Case No. 2:14-CV-00767 MCE-AC;
14 WHEREAS, the S M-B, et al. v. CITY OF REDDING, et al. action is currently pending
15 and is assigned to the Honorable Morrison C. England, Jr.;
16 WHEREAS, the L.M., et al. v. CITY OF REDDING, et al. action is currently pending
17 and is assigned to the Honorable Morrison C. England, Jr.;
18 WHEREAS, the S M-B, et al. v. CITY OF REDDING, et al. action involves
19 substantially the same parties, similar claims, the same transaction, and similar questions of
20 fact and law as the L.M., et al. v. CITY OF REDDING, et al. action, such that assignment of
21 these cases to the same judge would result in a substantial savings of judicial effort.
22 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
23 the S M-B, et al. v. CITY OF REDDING, et al. Parties and the L.M., et al. v. CITY OF
24 REDDING, et al. Parties, through their respective counsel of record herein, that the S M-B, et
25 al. v. CITY OF REDDING, et al. action be consolidated with the L.M., et al. v. CITY OF
26 REDDING, et al. action and assigned to the Honorable Morrison C. England, Jr. for all
27 purposes.
28 ///

| | |
|---|---|
| Dated:  January 26, 2015. | GOYETTE & ASSOCIATES, INC.<br>A Professional Law Corporation |
| | By:  */s/ Sean D. O'Dowd*<br>     Sean D. O'Dowd, Esq. |
| Dated:  January 28, 2015. | LAW OFFICES OF HOWARD L. CHURCHILL |
| | By:  */s/Howard L. Churchill*<br>     Howard L. Churchill, Esq. |
| Dated:  January 27, 2015. | LAW OFFICES OF VICKI I. SARMIENTO |
| | By:  */s/Vicki I. Sarmiento*<br>     Vicki I. Sarmiento, Esq. |
| Dated:  February 10, 2015. | LAW OFFICES OF DALE K. GALIPO |
| | By:  */s/Dale K. Galipo*<br>     Dale K. Galipo, Esq. |
| Dated:  February 3,  2015. | BRICKWOOD LAW OFFICE |
| | By:  */s/Gary Brickwood*<br>     Gary Brickwood, Esq. |

## **ORDER**

In accordance with the parties' stipulation, and good cause appearing, both actions are consequently consolidated, for all purposes including trial.  The lead case in this consolidated action shall be  L.M., et al. v. CITY OF REDDING, et al."), E.D. Cal. Case No. 2:14-CV-00767 MCE-AC

All pending dates in both actions are hereby vacated.  The parties are directed to submit, not later than thirty (30) days following the date this Order is electronically filed, a new Joint Status Report in accordance with the requirements outlined within the Court's previous March 26, 2-14 Order Requiring Joint Status Report in Case No. 2:14-CV-00767 MCE-AC.

IT IS SO ORDERED.

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT